IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE HEDRICK, | No. CIV S-09-1797-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THE COUNTY OF TRINITY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court is defendants' unopposed motion to compel (Docs. 12 & 13) plaintiff's attendance at her deposition. A hearing was held on October 28, 2010, at 10:00 a.m. before the undersigned in Redding, California. Jim Dippery, Jr., Esq., appeared for plaintiff. Kim Kakavas, Esq., appeared for defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Having considered the moving papers and the stipulation between counsel read
2  into the record at the hearing, defendants' motion to compel is granted.  Plaintiff shall appear for
3  her deposition on November 3, 2010, at the law offices of Porter Scott, 350 University Ave.,
4  Suite 200, Sacramento, California, at 1:00 p.m.
5  IT IS SO ORDERED.

DATED: October 29, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE